**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 09-6286**

─────────────

EDGAR SEARCY, a/k/a Edgar Joe Searcy,

            Plaintiff – Appellant,

      v.

NFN SKINNER; UNITED STATES OF AMERICA; UNITED STATES
ATTORNEY GENERAL; DIRECTOR OF FEDERAL BUREAU OF PRISONS;
WARDEN FCI BENNETTSVILLE; WARDEN FCI ESTILL; UNKNOWN
EMPLOYEES, of US Department of Health; CARLOS BROWNLEE;
FEDERAL BUREAU OF PRISONS,

            Defendants - Appellees.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., Senior
District Judge. (6:07-cv-03347-GRA)

─────────────

Submitted:  July 29, 2010          Decided:  January 31, 2011

─────────────

Before MOTZ, SHEDD, and AGEE, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Edgar Searcy, Appellant Pro Se.   Barbara Murcier Bowens,
Assistant United States Attorney, Columbia, South Carolina, for
Appellees; Carlos Brownlee, Appellee Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edgar Searcy appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Searcy v. Skinner, No. 6:07-cv-03347-GRA (D.S.C. Feb. 3, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED